AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

CENTER FOR BIOLOGICAL DIVERSITY

*Plaintiff(s)*

v.

DEB HAALAND, Secretary of the U.S. Department of the Interior; U.S. FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS, Director of the U.S. Fish and Wildlife Service

*Defendant(s)*

Civil Action No. 22-3588 DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Deb Haaland, Secretary
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric R. Glitzenstein
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date: 11/29/2022

/s/ Luileadny J. Navas Gonzalez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY  *Plaintiff(s)*  v.  DEB HAALAND, Secretary of the U.S. Department of the Interior; U.S. FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS, Director of the U.S. Fish and Wildlife Service  *Defendant(s)* | Civil Action No. 22-3588 DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Fish and Wildlife Service
1849 C Street NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Eric R. Glitzenstein
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 11/29/2022    /s/ Luileadny J. Navas Gonzalez
                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

CENTER FOR BIOLOGICAL DIVERSITY

*Plaintiff(s)*

v.

DEB HAALAND, Secretary of the U.S. Department of the Interior; U.S. FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS, Director of the U.S. Fish and Wildlife Service

*Defendant(s)*

Civil Action No. 22-3588 DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Martha Williams, Director
U.S. Fish and Wildlife Service
1849 C Street NW
Washington, DC 20240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Eric R. Glitzenstein
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 11/29/2022

/s/ Luileadny J. Navas Gonzalez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY <br><br> *Plaintiff(s)* <br> v. <br> DEB HAALAND, Secretary of the U.S. Department of the Interior; U.S. FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS, Director of the U.S. Fish and Wildlife Service <br> *Defendant(s)* | Civil Action No. 22-3588 DLF |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Merrick Garland, Attorney General
U.S. Department of Justice
950 Pennsylvania Ave, NW
Washington, DC 20530


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Eric R. Glitzenstein
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



ANGELA D. CAESAR, CLERK OF COURT

Date: 11/29/2022

/s/ Luileadny J. Navas Gonzalez

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12; DC 3/15)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Columbia

CENTER FOR BIOLOGICAL DIVERSITY

*Plaintiff(s)*

v.

DEB HAALAND, Secretary of the U.S. Department of the Interior; U.S. FISH AND WILDLIFE SERVICE; MARTHA WILLIAMS, Director of the U.S. Fish and Wildlife Service

*Defendant(s)*

Civil Action No. 22-3588 DLF

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Civil Process Clerk
U.S. Attorney's Office for D.C.
601 D Street NW
Washington, DC 20530

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Eric R. Glitzenstein
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*ANGELA D. CAESAR, CLERK OF COURT*

Date: 11/29/2022

/s/ Luileadny J. Navas Gonzalez

*Signature of Clerk or Deputy Clerk*