UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>DEB HAALAND, et al.<br><br>    Defendants. | Civil Action No. 1:22-cv-03588-DLF<br><br>**AFFIDAVIT OF SERVICE** |

I hereby certify that service of the Complaint, Summons, and other case initiating documents for the above captioned case took place as described below.

On November 29, 2022, copies of the Complaint, Summons, and other case initiating documents were sent by USPS Certified Mail, electronic return receipt requested, to the following parties:

**Deb Haaland, Secretary**
U.S. Department of the Interior
1849 C Street NW
Washington, DC 20240
(Tracking No. 9414811899562384590893)

**U.S. Fish and Wildlife Service**
1849 C Street, NW
Washington, DC 20240
(Tracking No. 9414811899562384590756)

**Martha Williams, Director**
U.S. Fish and Wildlife Service
1849 C Street, NW
Washington, DC 20240
(Tracking No. 9414811899562384590787)

**Merrick Garland, Attorney General**
U.S. Department of Justice
950 Pennsylvania Ave NW
Washington, DC 20530
(Tracking No. 9414811899562384558008)

**Civil Process Clerk**
U.S. Attorney's Office for D.C.
601 D Street NW
Washington, DC 20530
(Tracking No. 9414811899562384590770)

Defendants Deb Haaland, U.S. Fish and Wildlife Service, and Martha Williams received the documents on December 5, 2022. The Attorney General and the U.S. Attorney for the District of Columbia also received the documents on December 5, 2022. Receipts and delivery confirmation verifying this information are attached hereto.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 7, 2022                Respectfully submitted,

                                       */s/Collette L. Adkins*
                                       Collette L. Adkins
                                       (MN Bar No. 035059X)
                                       Center for Biological Diversity
                                       P.O. Box 595
                                       Circle Pines, MN 55014-0595
                                       Telephone: (651) 955-3821
                                       cadkins@biologicaldiversity.org

                                       *Attorney for Plaintiff*