

December 5, 2022

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 2384 5908 93**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | December 5, 2022, 8:39 am |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
|  | Return Receipt Electronic |
| Recipient Name: | Deb Haaland Secretary U S  Department of the Int |

| Shipment Details | |
|---|---|
| Weight: | 3.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 1849 C ST NW |
| City, State ZIP Code: | WASHINGTON, DC 20240-0001 |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | C/9 SBards |
| Address of Recipient: | 20240 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



December 5, 2022

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 2384 5907 56**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | December 5, 2022, 8:39 am |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | U S  Fish and Wildlife Service |
| Shipment Details | |
| Weight: | 3.0oz |
| Destination Delivery Address | |
| Street Address: | 1849 C ST NW |
| City, State ZIP Code: | WASHINGTON, DC 20240-0001 |
| Recipient Signature | |

Signature of Recipient: *C/9 SGards*

Address of Recipient: *20240*

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



December 5, 2022

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 2384 5907 87**.

| Item Details | |
|---|---|
| Status: | Delivered, Left with Individual |
| Status Date / Time: | December 5, 2022, 8:39 am |
| Location: | WASHINGTON, DC 20240 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | Martha Williams Director U S Fish and Wildlife |

| Shipment Details | |
|---|---|
| Weight: | 3.0oz |

| Destination Delivery Address | |
|---|---|
| Street Address: | 1849 C ST NW |
| City, State ZIP Code: | WASHINGTON, DC 20240-1000 |

### Recipient Signature

| | |
|---|---|
| Signature of Recipient: | C/9 SGards |
| Address of Recipient: | 20240 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



December 5, 2022

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 2384 5580 08**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | December 5, 2022, 4:49 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | Merrick Garland Attorney General U S  Department |
| Shipment Details | |
| Weight: | 3.0oz |
| Destination Delivery Address | |
| Street Address: | 950 PENNSYLVANIA AVE NW |
| City, State ZIP Code: | WASHINGTON, DC 20530-0001 |
| Recipient Signature | |
| Signature of Recipient: | X Ellie Henderson  Printed Name: EDDIE L ANDERSON |
| Address of Recipient: | Delivery Address: JUSTICE 20530 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004



December 5, 2022

Dear Lila Woloshin:

The following is in response to your request for proof of delivery on your item with the tracking number: **9414 8118 9956 2384 5907 70**.

| Item Details | |
|---|---|
| Status: | Delivered, Individual Picked Up at Postal Facility |
| Status Date / Time: | December 5, 2022, 4:49 am |
| Location: | WASHINGTON, DC 20530 |
| Postal Product: | First-Class Mail® |
| Extra Services: | Certified Mail™ |
| | Return Receipt Electronic |
| Recipient Name: | Civil Process Clerk U S  Attorneys Office for D |
| **Shipment Details** | |
| Weight: | 3.0oz |
| **Destination Delivery Address** | |
| Street Address: | 601 D ST NW |
| City, State ZIP Code: | WASHINGTON, DC 20530-0034 |

**Recipient Signature**

| | |
|---|---|
| Signature of Recipient: | X [signature] Ellie Henderson<br>Printed Name: EDDIE L ANDERSON |
| Address of Recipient: | Justice 20530 |

Note: Scanned image may reflect a different destination address due to Intended Recipient's delivery instructions on file.

Thank you for selecting the United States Postal Service® for your mailing needs. If you require additional assistance, please contact your local Post Office™ or a Postal representative at 1-800-222-1811.

Sincerely,
United States Postal Service®
475 L'Enfant Plaza SW
Washington, D.C. 20260-0004